UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WILLIAMS, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 2:17-cv-00563 |
| : | |
| MICHAEL NUTTER; LOUIS GIORLA; : | |
| JOHN DELANEY; and : | |
| CORIZON MEDICAL COMPANY, : | |
|     Defendants. : | |

# O R D E R

**AND NOW**, this 12th day of November, 2019, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motions for Summary Judgment, ECF Nos. 46-47, are **GRANTED**.

2. Plaintiff's Motion to Deny Summary Judgment, ECF No. 49, is **DENIED**.

3. The Motions to Dismiss, ECF Nos. 12 and 16, are **DISMISSED as moot**.

4. Judgment is **ENTERED** in favor of all Defendants and against Plaintiff, as to all claims.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge